Thy B. Bui (SBN 256383)
tbui@constangy.com
David A. Crane (SBN 305999)
dcrane@constangy.com
**CONSTANGY, BROOKS,**
**SMITH & PROPHETE LLP**
2029 Century Park East, Suite 1100
Los Angeles, California 90067
Telephone: 310.909.7775
Facsimile: 424.465.6630

Attorneys for Defendants
MILLENNIUM ENGINEERING AND
INTEGRATION CO. and LINDA SODEN

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANYA BATH, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> MILLENNIUM ENGINEERING AND INTEGRATION CO.; VERTEX AEROSPACE LLC; LINDA SNODEN; and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No.: 1:22-CV-01298-CDB <br><br> [*Removed from Kern County Superior Court Case No. BCV-22-100549 TSC*] <br><br> **DEFENDANTS MILLENNIUM ENGINEERING AND INTEGRATION CO. AND LINDA SODEN'S NOTICE OF FILING STATE COURT FILE WITH DISTRICT COURT** <br><br> Complaint Filed:   March 9, 2022 <br> Removal Date:    October 11, 2022 <br> Trial Date:           None Set |

**TO THE CLERK OF THE ABOVE-TITLED COURT, AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Please take notice that Defendants Millennium Engineering and Integration Co. and Linda Soden have lodged with the above court a true and correct copy of the entire state court file of the action titled *Anya Bath v. Millennium Engineering and Integration Co., et al.*, Kern County Superior Court Case No. BCV-22-100549 TSC.

The file maintained by the Kern County Superior Court contains each of the following documents:

1. Complaint
2. Civil Case Cover Sheet
3. Summons
4. Notice of Assignment/Notice of OSC re 3.110 Hearing Date/Notice of Case Management Conference
5. Proof of Service – Summons / Complaint as to Vertex Aerospace LLC
6. Proof of Service – Summons / Complaint as to Millennium Engineering and Integration Co.
7. Amendment to Complaint
8. Stipulation and Order to Extend Vertex Aerospace LLC's Deadline to File Responsive Pleading
9. Electronic Rejection Notice
10. Electronic Rejection Notice
11. Declaration of David A. Crane RE: Inability to Complete the Meet-And-Confer Process
12. Order on Declaration of David A. Crane RE: Inability to Complete the Meet-And-Confer Process
13. Proof of Service – Summons / Complaint as to Linda Soden
14. First Amended Complaint
15. Electronic Rejection Notice

| | | |
|---|---|---|
| 16. | | Declaration (Meet and Confer) |
| 17. | | Joint Stipulation and Order Permitting Plaintiff Anya Bath to file a Second Amended Complaint |
| 18. | | Second Amended Complaint |
| 19. | | Declaration (Meet and Confer) |
| 20. | | Answer to Second Amended Complaint (Millennium) |
| 21. | | Answer to Second Amended Complaint (Soden) |
| 22. | | Case Management Statement (Millennium and Soden) |
| 23. | | Case Management Statement (Vertex) |
| 24. | | Case Management Statement (Bath) |
| 25. | | Vertex Aerospace LLC's Answer to Plaintiff's Second Amended Complaint |
| 26. | | Notice of Posting Jury Fees (Plaintiff) |
| 27. | | Defendants' Notice of Continued Case Management Conference |
| 28. | | Minutes (September 6, 2022) |
| 29. | | Notice of Posting Jury Fees (Millennium and Soden) |
| 30. | | Case Management Statement (Bath) |
| 31. | | Case Management Statement (Vertex) |
| 32a. | | Vol. I Notice to Clerk of Superior Court and Plaintiff of Removal of Civil Action to Federal Court |
| 32b. | | Vol. II Notice to Clerk of Superior Court and Plaintiff of Removal of Civil Action to Federal Court |
| 32c. | | Vol. III Notice to Clerk of Superior Court and Plaintiff of Removal of Civil Action to Federal Court |
| 32d. | | Vol. IV Notice to Clerk of Superior Court and Plaintiff of Removal of Civil Action to Federal Court |
| 33a. | | Vol. I Notice of Stay of Proceeding |
| 33b. | | Vol. II Notice of Stay of Proceeding |
| 33c. | | Vol. III of Stay of Proceeding |

1 | 33d. Vol. IV of Stay of Proceeding
2 | 34. Proof of Service

DATED: October 19, 2022  **CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**

By: /s/ David A. Crane
Thy B. Bui
David A. Crane
Attorneys for Defendant
MILLENNIUM ENGINEERING AND INTEGRATION CO.
and LINDA SODEN

# PROOF OF SERVICE

## State of California, County of Los Angeles

I am over 18 years of age and not a party to the within entitled action. I am employed at the law firm of CONSTANGY, BROOKS, SMITH & PROPHETE LLP, and my business address is 2029 Century Park East, Suite 1100, Los Angeles, California 90067.

On **October 19, 2022**, I served a copy of the following: **DEFENDANTS MILLENNIUM ENGINEERING AND INTEGRATION CO. AND LINDA SODEN'S NOTICE OF FILING STATE COURT FILE WITH DISTRICT COURT** on the attorney(s) for the parties to this action by the following method:

  X   **BY MAIL (Attorneys for Plaintiff Anya Bath)** By placing same, with postage fully prepared, in the United States Mail, addressed as indicated below. I am readily familiar with the practices of these law offices for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence is deposited with the United States Postal Service in the same day in the ordinary course of business.

X **BY CM/ECF (Attorneys for Defendant Vertex Aerospace, LLC)**

*PLEASE SEE ATTACHED SERVICE LIST*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **October 19, 2022** at Los Angeles, California.

_____
Stella Gardiner

## SERVICE LIST

| | |
|---|---|
| Virginia Ksadzhikyan, Esq.<br>Tina Heidari, Esq.<br>Jenn Jang, Esq.<br>**B | B LAW GROUP LLP**<br>6100 Center Drive, Ste. 1100<br>Los Angeles, CA 90045<br>Telephone: (323) 925-7800<br>Facsimile: (323) 925-7801<br>  vksadzhikyan@bblawgroupllp.com<br>  THeidari@BBLawGroupLLP.com<br>  jjang@bblawgroupllp.com | *Attorneys for Plaintiff*<br>ANYA BATH<br><br>SERVICE EFFECTED VIA US MAIL |
| Michele Haydel Gehrke, Esq.<br>Brian K. Morris, Esq.<br>REED SMITH LLP<br>101 Second Street, Suite 1800<br>San Francisco CA 94105-3659<br>Tel.: 415.543.8700<br>Fax 415.391.8269<br>  mgehrke@reedsmith.com<br>  Bmorris@reedsmith.com | *Attorneys for Deft*<br>VERTEX AEROSPACE LLC<br><br>SERVICE EFFECTED VIA CM-ECF |